UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY PRICE,<br><br>                    Plaintiff,<br><br>-against-<br><br>MAYOR BILL de BLASIO, MAYOR OF THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 21-CV-8540 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service. (ECF 2.)

SO ORDERED.

Dated:   October 26, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge